PHILIP. A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARY TSAI, CA SBN 216963
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 510-970-4864
    Facsimile: (415) 744-0134
    E-Mail: mary.tsai@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JENNIFER LYNN SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:21-cv-02409-JDP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security ("Commissioner") has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, offer Plaintiff the opportunity for a new hearing, and issue a new decision.  On remand, the ALJ will consider all pertinent issues *de novo*, including, but not limited to, reconsidering the medical opinions and prior administrative medical findings pursuant to 20 C.F.R. § 404.1520c.  The

Stip. to Remand; 2:21-cv-02409-JDP

1  parties further request that the Clerk of the Court be directed to enter a final judgment in favor
2  of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.
3      Respectfully submitted this April 20, 2022.

5  DATED:  April 20, 2022     /s/ *Francesco Paulo Benavides* *
    (*as authorized via e-mail on April 20, 2022)
    FRANCESCO PAULO BENAVIDES
    Attorney for Plaintiff

8  DATED: April 20, 2022     PHILIP. A. TALBERT
    United States Attorney
    PETER K. THOMPSON
    Acting Regional Chief Counsel, Region IX
    Social Security Administration

    By:   /s/ *Mary Tsai*
    MARY TSAI
    Special Assistant U.S. Attorney

    Attorneys for Defendant

Stip. to Remand; 2:21-cv-02409-JDP

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision. The Clerk of Court is directed to enter judgment in plaintiff's favor and against the Commissioner.

IT IS SO ORDERED.

Dated: __April 21, 2022__                              _____
                                                                                    JEREMY D. PETERSON
                                                                                    UNITED STATES MAGISTRATE JUDGE